UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DYLLAN JAMES KESHICK,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

(Assault Resulting In Serious Bodily Injury)

That on or about June 2, 2018, in Menominee County, on land that is held in trust by the United States for the Hannahville Indian Community, in the Northern Division of the Western District of Michigan,

DYLLAN JAMES KESHICK,

an Indian male, did assault M.D.S., resulting in serious bodily injury.

18 U.S.C. § 113(a)(6)
18 U.S.C. § 113(b)(2)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
HANNAH N. BOBEE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No.   2:19-cr-04

v.

INDICTMENT
**PENALTY SHEET**

DYLLAN JAMES KESHICK,

    Defendant.
_____/

Assault Resulting in Serious Bodily Injury – 18 U.S.C. § 113(a)(6)

**Maximum penalty:** Imprisonment for not more than 10 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment:** [18 U.S.C. § 3013] $100

**Restitution:** Mandatory [18:3663A]


Date: February 12, 2019

/s/Hannah N. Bobee
Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046