UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DYLLAN JAMES KESHICK,

        Defendant.

_____/

## MOTION TO SEAL

    Now comes the United States of America by Andrew Byerly Birge, United States

Attorney for the Western District of Michigan, and Hannah N. Bobee, Assistant United States

Attorney, and moves this court to seal the Indictment, Arrest Warrant, and this Motion in the

above entitled case in order that the investigation continue; and that such sealing remain in force

and operation until the defendant is advised of these proceedings, the investigation is completed,

or further order of this court.

        Respectfully submitted,

        ANDREW BYERLY BIRGE
        United States Attorney

Date: February 12, 2019

        */s/ Hannah N. Bobee*
        HANNAH N. BOBEE
        Assistant United States Attorney
        Huntington Bank Building, 2nd Floor
        1930 U.S. 41 West
        Marquette, MI 49855

    IT IS SO ORDERED.

Date: February 12, 2019

        */s/ Timothy P. Greeley*
        HON. TIMOTHY P. GREELEY
        United States Magistrate Judge