# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>**DYLLAN JAMES KESHICK**<br>*Defendant* | )<br>)<br>) Case No.  2:19-cr-4<br>) Hon. Paul L. Maloney<br>) United States District Judge<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DYLLAN JAMES KESHICK    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Assault Resulting In Serious Bodily Injury, in violation of 18 U.S.C. § 113(a)(6), 18 U.S.C. § 113(b)(2), 18 U.S.C. § 1151 and 18 U.S.C. § 1153.

Date: 02/12/2019

Deputy Clerk

City and state:  Marquette, Michigan

Timothy P. Greeley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*